BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILSON | Case No. CIV-08-0338 CMK |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE **Commissioner of Social Security** of the United States of America, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 17, 2009 to April 14, 2009. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through March of 2009.

////

////

////

| | |
|---|---|
| Dated: February 17, 2009 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: February 17, 2009 | Lawrence G. Brown |
| | Acting United States Attorney |
| | /s/ *Shea Lita Bond* <br> SHEA LITA BOND |
| | Special Assistant U.S. Attorney <br> Social Security Administration |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 19, 2009

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2