BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT WILSON** | Case No. CIV-08-0338 CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment n this case is hereby extended from May 15, 2009, to May 19, 2009. This extension is required due plaintiff's counsel extremely crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: May 15, 2009          */s/Bess M. Brewer*
                             BESS M. BREWER
                             Attorney at Law

                             Attorney for Plaintiff


Dated: May 18, 2009          Lawrence G. Brown

                             United States Attorney

                             /s/   *Shea Lita Bond*
                             SHEA LITA BOND
                             Special Assistant U.S. Attorney
                             Social Security Administration

                             Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

 DATED: May 20, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2